# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK
PHONE: (212) 563-9884 FAX: (212) 563-9870 WEBSITE: w


Request GRANTED. The September 17 settlement conference is ADJOURNED *sine die*. The Court sends its regards to Plaintiff and her family. The parties are to reach out to Chambers via email proposing new settlement dates. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
September 17, 2026

**MICHAEL SAMUEL**

September 16, 2026

***VIA ECF***

The Hon. Jennifer E. Willis
40 Foley Square
Thurgood Marshall United States Courthouse
New York, NY 10007

**Re: Concepcion Silva Cordero v. Good Karma 818 LLC and Manny Chadha et al.**
**Case No. 25-cv-02901-MKV-JEW**

Dear Judge Willis:

We represent the plaintiff, Concepcio Silva Cordero, in the above-referenced action. Pursuant to Rule I. C. of Your Honor's Individual Practices in Civil Cases, we respectfully request that tomorrow's settlement conference be adjourned to a later date because of a medical emergency today affecting a member of the Plaintiff's immediate family. Counsel for Defendants consents to our request.

We regret the belated timing of this notice and any resulting inconvenience to the Court. The parties have also conferred and propose November 4, 5 and 6, 2026, as mutually convenient new dates for a settlement conference.

We thank the Court for its attention to this matter.

Respectfully,

**THE SAMUEL LAW FIRM**

By: *Isl Michael Samuel*
Michael Samuel, Esq. (MS 7997)
1441 Broadway, Suite 6085
New York, New York 10018
Telephone: (212) 563-9884
Facsimile: (212) 563-9870

*Attorneys for Plaintiff Concepcion Silva Cordero*